ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Direct Project, Inc. | ) | ASBCA Nos. 59021, 59022, 59023 |
| | ) | 59024, 59192, 59264 |
| Under Contract No. NND11FF07C | ) | |

APPEARANCE FOR THE APPELLANT:    William L. Bruckner, Esq.
                                 Bruckner Law Firm, APC
                                 San Diego, CA

APPEARANCES FOR THE GOVERNMENT:   Scott Barber, Esq.
                                  NASA Chief Trial Attorney
                                  Richard J. McCarthy, Esq.
                                  Senior Attorney
                                  Washington, DC

ORDER OF DISMISSAL

On 26 August 2014, appellant filed a Request for Dismissal with Prejudice, indicating that these appeals have been settled and that appellant has received payment of the settlement amount.

WHEREFORE, ASBCA Nos. 59021, 59022, 59023, 59024, 59192 and 59264 are hereby dismissed with prejudice.

Dated: 28 August 2014

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59021, 59022, 59023, 59024, 59192, 59264, Appeals of Direct Project, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals